UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GRANGE INDEMNITY INSURANCE
COMPANY,

                Plaintiff,

v.                                        Case No. 3:13-cv-977-J-34MCR

WALTON TRANSPORT, et al.,

                Defendants.
_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 92; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on October 24, 2016. In the Report, Magistrate Judge Richardson recommends that Plaintiff's Motions for Default Judgment (Dkt. Nos. 83, 84, 85; Motions) be granted. See Report at 1, 15. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 92) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motions for Default Judgment (Dkt. Nos. 83, 84, 85) are **GRANTED**.

3. The Clerk of the Court is directed to enter a default judgment in favor of Plaintiff and against Defendants declaring that Grange Indemnity Insurance Company has no duty to indemnify, defend, or otherwise provide coverage under the subject policy to Walton Transport, Eloise Walton, and Bennie Williams for the claims arising from the February 14, 2013 accident.

4. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 14th day of December, 2016.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Eloise Walton
9989 Woodland Fern Dr.
Lakeland, TN 38002-9398

Walton Transport
c/o Eloise Walton
9989 Woodland Fern Dr.
Lakeland, TN 38002-9398